MOTOR CLUB FIRE AND CASUALTY COMPANY, PLAINTIFF-RESPONDENT-CROSS-APPELLANT, v. NEW JERSEY MANUFACTURERS INSURANCE COMPANY, DEFENDANT-RESPONDENT, AND FRANCES SCIBETTA, DEFENDANT-APPELLANT-CROSS-RESPONDENT.

Argued September 28, 1976—Decided October 20, 1976.

*Mr. Judson L. Levin* argued the cause for appellant.

*Mr. Jerome S. Lieb* argued the cause for cross-appellant (*Messrs. Lieb, Teich and Berlin,* attorneys).

*Mr. Richard D. Catenacci* argued the cause for respondent (*Messrs. McElroy, Connell, Foley and Geiser,* attorneys).

PER CURIAM. The Court being equally divided, the judgment of the Appellate Division, 135 *N. J. Super.* 362, is affirmed.

*For affirmance*—Justices MOUNTAIN, SULLIVAN and CLIFFORD—3.

*For reversal*—Justices PASHMAN and SCHREIBER and Judge CONFORD—3.